## IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

## AT JACKSON

| | | |
|---|---|---|
| **STATE OF TENNESSEE,** | ) | |
| | ) | |
| Appellee, | ) | **C.C.A. NO. W1998-00637-CCA-R3-CD** |
| | ) | |
| vs. | ) | **SHELBY COUNTY** |
| | ) | |
| **KHANH V. LE,** | ) | **Trial No. 96-01118** |
| | ) | |
| Appellant. | ) | |

**O R D E R**

**FILED**

**March 9, 2000**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

The lead opinion of Judge Ogle, the separate concurring opinion of Judge Welles, and the separate opinion of Judge Woodall concurring in part and dissenting in part, filed in this case on March 6, 2000, are withdrawn.

A new majority opinion authored by Judge Ogle and concurred in by Judge Welles, and a separate opinion by Judge Woodall concurring in part and dissenting in part, attached hereto, are HEREBY ORDERED filed as the decision of the Court in this case.

Per Curium

Ogle, Welles and Woodall, J.J.